UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KALPESHKUMAR ARVINDBHAI PATEL;
JAYSHREEBIN KALPESHKUMAR PATEL;
and JINAY JAYSHREEBIN PATEL,
         Plaintiffs,

v.

WILLIAM BARR; CHAD WOLF, and
MATTHEW ALBENCE,
         Defendants

No. 5:20-cv-00922

## O R D E R

**AND NOW**, this 27th day of July, 2020, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 9, is **GRANTED**.

2. The Complaint is **DISMISSED with prejudice**.

3. The temporary restraining order and stay of removal entered on February 19, 2020, see ECF No. 3, is **VACATED**.

4. The Clerk of Court shall **CLOSE** the case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge